# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**NAZIR AL-MUJAAHID,**
        **Plaintiff,**

    v.                                                Case No. 12-CV-00484

**TIMOTHY BANDT, et al.,**
        **Defendants.**

## DECISION AND ORDER

Plaintiff has filed a lawsuit under 42 U.S.C. § 1983 against four police officers in the City of Milwaukee Police Department. Ordinarily, a plaintiff must pay a statutory filing fee of $350 to bring an action in federal court. 28 U.S.C. § 1914(a). Plaintiff, however, has requested leave to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915. Under § 1915, an indigent party may commence a federal court action, without paying required costs and fees, upon submission of an affidavit asserting inability "to pay such fees or give security therefor" and stating "the nature of the action, defense or appeal and the affiant's belief that the person is entitled to redress." 28 U.S.C. § 1915(a)(1).

Plaintiff has filed the required affidavit of indigence. Upon review of his affidavit, the court is satisfied that plaintiff meets the poverty requirements of 28 U.S.C. § 1915. Additionally, plaintiff has stated the nature of this action and asserted his belief that he is entitled to redress. Therefore, I will grant his request to proceed in forma pauperis.

**THEREFORE, IT IS ORDERED** that plaintiff's request to proceed in forma pauperis [DOCKET #2] is **GRANTED**.

Dated at Milwaukee, Wisconsin this 16th day of July, 2012.

                    s/ Lynn Adelman
                    LYNN ADELMAN
                    District Judge