UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

NAZIR AL-MUJAAHID,

    Plaintiff,

v.

TIMOTHY BANDT and
JON PARKER,

    Defendants.

Case No. 12-C-484

**HEARING MINUTE SHEET**

**Hon. William E. Callahan, Jr., presiding.**

**Type of proceeding:** MEDIATION/SETTLEMENT CONFERENCE

**Date:** April 24, 2014

**Time Commenced:** 9:30 a.m.     **Time Concluded:** 12:10 p.m.

**Recording Time Commenced:** 12:01:47     **Recording Time Concluded:** 12:06:29

| Appearances: | Plaintiff: | John R. Monroe - plaintiff's attorney<br>Nazir Al-Mujaahid - plaintiff |
|---|---|---|
| | Defendants: | Susan E. Lappen - defendants' attorney |

**Comments:**

The mediation/settlement conference resulted in final resolution of the plaintiff's claims. Accordingly, this action is being referred back to the Honorable Lynn Adelman.